# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

| | | | |
|---|---|---|---|
| Case No: | 19-10149 HAC Judge: Henry A. Callaway | Trustee Name: | Terrie S. Owens |
| Case Name: | Snb Properties, Llc | Date Filed (f) or Converted (c): | 01/15/2019 (f) |
| | | 341(a) Meeting Date: | 02/11/2019 |
| For Period Ending: | 06/17/2021 | Claims Bar Date: | 12/10/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Centennial Bank Checking Account | 100.00 | 383.08 | | 383.08 | FA |
| 2. Baldwin EMC Security Deposit | 15,000.00 | 0.00 | | 0.00 | FA |
| 3. Furniture and Fixtures | 70,000.00 | 0.00 | | 0.00 | FA |
| 4. Kitchen Equipment | 40,000.00 | 0.00 | | 0.00 | FA |
| 5. Duplex Furniture and Fixtures | 4,000.00 | 0.00 | | 0.00 | FA |
| 6. 300 West Beach Blvd. Gulf Shores, AL 36542<br><br>Order on Trustee's Proposal and Notice For Public Sale of Property dated 9/9/19, Doc. #44. | 1,891,700.00 | 0.00 | | 2,700,000.00 | FA |
| 7. Restaurant Building | 1,200,000.00 | 0.00 | | 0.00 | FA |
| 8. Duplex Building | 180,000.00 | 0.00 | | 0.00 | FA |
| 9. Organizational Costs, Logo/Web Design, Start up Costs | 1.00 | 0.00 | | 0.00 | FA |
| 10. Lease of 300 W. Beach Blvd, Gulf Shores, AL - real estate, buildings and equipment by SNB Operations, Inc. | 1.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)　　$3,400,802.00　　$383.08　　　　$2,700,383.08　　$0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

7/1/19 Ordered to be jointly administered with 19-10148 as lead case and 19-10151

12/10/19 All 3 jointly administered cases open; administering assets

6/10/2020 Status has not changed.

12/10/2020 SAME

6/17/21 working on final administration

Initial Projected Date of Final Report (TFR):　　Current Projected Date of Final Report (TFR):

Trustee Signature:　　/s/ Terrie S. Owens　　Date: 06/17/2021

Terrie S. Owens
P.O. Box 2536
Daphne, AL 36526
(251)441-9237
towenstrustee@irvingrodskypc.com

Case 19-10149　Doc 82　Filed 06/17/21　Entered 06/17/21 14:56:35　Desc Main
　　　　　　　　　　　　　　Document　　Page 1 of 1